FILED

FEB 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

3

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
6  Telephone: (415) 436-7359
   Facsimile: (415) 436-7234

7
   Attorneys for Plaintiff
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,           )   No. 07-70076 MEJ
                                         )
13 |       Plaintiff,                    )   REVISED [PROPOSED] ORDER AND
                                         )   STIPULATION EXCLUDING TIME FROM
14 |    v.                               )   FEBRUARY 26, 2007 TO MARCH 19, 2007
                                         )   FROM THE SPEEDY TRIAL ACT
15 | ARMANDO GIL-TSUN,                   )   CALCULATION (18 U.S.C. § 3161(h)(8)(A))
                                         )
16 |       Defendant.                    )
                                         )
17                                       )
   _____

18

19      On February 7, 2007, the Honorable Maria Elena James issued a Complaint charging the

20 Defendant with a violation of Title 8, Section 1326 and on February 9, 2007, the Defendant was

21 arraigned on that Complaint. On February 15, 2007, the Defendant waived a detention hearing

22 without prejudice and the matter was set for a Preliminary Hearing on February 26, 2007.

23      On February 14 and 15, 2007, counsel for the Government served counsel for the Defendant

24 with discovery in this matter. Counsel for the Government and Defendant are currently

25 discussing a pre-indictment resolution of this case. Further, counsel for the Defendant does not

26 believe it is in his client's best interests for the government to indict the case within 30 days of

27 arrest on the Complaint, as required under 18 U.S.C. § 3161(b).

28      On February 22, 2007, the parties filed a Proposed Order and Stipulation seeking to exclude

1. time that did not seek the full relief requested herein.

Accordingly, the parties have agreed as follows:

1. That Proposed Order and Stipulation filed on February 22, 2007 should not be acted upon by the Court and is hereby amended.

2. The Preliminary Hearing shall be removed from the February 26, 2007 calendar and be continued until March 19, 2007.

3. The Defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both Government and Defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the need for both sides to investigate the facts of the case, and the on-going attempts to reach a pre-indictment disposition.

4. Given these circumstances, parties agree and the Court should find that the ends of justice served by excluding the period from February 26, 2007 to March 19, 2007 outweigh the best interest of the public and the Defendant in a speedy trial. Id. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: February 23, 2007

/s/
DENISE MARIE BARTON
Assistant United States Attorney

DATED: February 23, 2007

/s/
STEVEN J. KOENINGER
Attorney for ARMANDO GIL-TSUN

**IT IS SO ORDERED.**

Pursuant to the parties' Stipulation and for the reasons set forth above, the Preliminary Hearing shall be removed from the February 26, 2007 calendar and continued until March 19, 2007 and the time from February 26, 2007 to March 19, 2007 shall be excluded from the Speedy Trial Act calculations.

DATED: 2-26-07

THE HON. MARIA ELENA JAMES
United States Magistrate Judge

STIPULATION AND ORDER
07-70076 MEJ                                    2